# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA


FILED
APR 05 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. DMITRY OLEGOVICH PAVLOV

**CASE NUMBER:** CR 22-143 CRB

**Is This Case Under Seal?**   Yes    No ✓

**Total Number of Defendants:**   1 ✓    2-7    8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**   Yes    No ✓

**Venue (Per Crim. L.R. 18-1):**   SF ✓    OAK    SJ

**Is this a potential high-cost case?**   Yes    No ✓

**Is any defendant charged with a death-penalty-eligible crime?**   Yes    No ✓

**Is this a RICO Act gang case?**   Yes    No ✓

**Assigned AUSA (Lead Attorney):** Claudia Quiroz

**Date Submitted:** April 5, 2022

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)    RESET FORM    SAVE PDF

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1956(h) – Money Laundering Conspiracy;
21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A), 841(h), and 843(b) –
Narcotics Conspiracy

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
See attached penalty sheet

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ DMITRY OLEGOVICH PAVLOV

DISTRICT COURT NUMBER
CR 22 143  CRB

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Drug Enforcement Administration (DEA)

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed
which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on this form   STEPHANIE M. HINDS
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Claudia A. Quiroz

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
APR 05 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes" give date
been filed?   ☐ No     filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED  Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

CR 22 143

**PENALTY SHEET ATTACHMENT:**

DMITRY OLEGOVICH PAVLOV,
a/k/a "Dmitrii Pavlov,"
a/k/a "Dmitriy Pavlov,"
a/k/a ДМИТРИЙ ОЛЕГОВИЧ ПАВЛОВ

FILED

APR 0 5 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**COUNT ONE:**     **(18 U.S.C. § 1956(h) – Money Laundering Conspiracy)**

Maximum Penalties: (1) maximum term of 20 years' imprisonment; (2) $500,000 fine; (3) maximum term of supervised release of 3 years; (4) $100 special assessment

**COUNT ONE:**     **(21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A), 841(h), and 843(b) – Narcotics Conspiracy)**

Maximum Penalties: (1) minimum term of imprisonment of 10 years; (2) maximum term of life imprisonment; (3) $10,00,000 fine; (4) maximum term of supervised release of 5 years; (5) $100 special assessment